# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2014

### NO. 03-13-00294-CV

**Sergio Gardea, Appellant**

**v.**

**GMAC Mortgage, LLC Successor by Merger to GMAC Mortgage Corporation, Its Successor and/or Assigns, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 7, 2013. Having reviewed the record, the Court holds that Sergio Gardea has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.